IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOLLY WINGATE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 19-1999-RGA |
| | : | |
| C.R. BARD INCORPORATED and | : | |
| BARD PERIPHERAL VASCULAR | : | |
| INCORPORATED, | : | |
| | : | |
| Defendants. | : | |

**ORDER SETTING RULE 16(b) CONFERENCE**

1. A scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Tuesday, March 3, 2020, at 10:00 a.m.**, in the Chambers of the Honorable Richard G. Andrews, Room 6325 of the Boggs Federal Building, 844 King Street, Wilmington, Delaware.  Plaintiff's local counsel shall coordinate a dial in number for any out of town counsel wishing to participate, but not physically being able to do so.

2. Parties shall use the "Rule 16 Order - non-patent" form of order, available on the Court's website, for the purpose of being prepared to provide the Court with agreed-upon dates that need to be scheduled.  No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order - non-patent."

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6137.

 February 14, 2020                                         /s/ Richard G. Andrews
 Date                                                      United States District Judge