

**Jacobs & Crumplar,** PA.

Attorneys at Law
www.jcdelaw.com

750 Shipyard Drive, Ste. 200
Wilmington, DE 19801
(302) 656-5445

215 East Market Street
Georgetown, DE 19947
(302) 934-9700

February 27, 2020

The Honorable Richard G. Andrews
United States District Court, District of Delaware
844 North King Street, Room 4209, Unit 18
Wilmington, DE  19801

**Re:  *Wingate v. C.R. Bard, Inc., et al.*, Case No.: 1:19-cv- 1999-RGA**

Dear Judge Andrews:

    Pursuant to the Court's Order dated February 14, 2020, Plaintiff's Counsel provides below, a teleconference number and passcode for out of state counsel to participate in the Rule 16(b) Scheduling Conference on March 3, 2020 at 10:00 a.m.

    Toll-Free:    888-431-3632
    Access Code:    6690517

Respectfully,

/s/ Raeann Warner

Raeann Warner
DE Bar ID # 4931

cc:  All Counsel via CM/ECF filing