UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

HOLLY WINGATE,

      Plaintiff,

    v.

C.R. BARD INC. and BARD VASCULAR,
INC.,

      Defendants.

C.A. NO. 1:19-cv-01999-RGA

NOTICE OF SERVICE

PLEASE TAKE NOTICE that the following items were produced to Lisa Zwally Brown,

Esq., attorney for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., via e-mail on

March 17, 2020:

1. Signed Authorizations;

2. Plaintiff's Initial Disclosures;

3. Medical records

JACOBS & CRUMPLAR, P.A.

By:     /s/ Raeann Warner
        Raeann Warner (DE #4931)
        750 Shipyard Dr.
        Suite 200
        Wilmington, DE 19801
        (302) 656-5445 (tel.)
        (302) 656-5875 (fax)
        Attorney for Plaintiff

Date:  March 19, 2020