# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLLY WINGATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:19-cv-01999-RGA |
| | ) |
| C. R. BARD INC. and BARD PERIPHERAL VASCULAR, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 23, 2020, a copy of Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Rule 26 Disclosures was served via electronic mail upon all counsel of record.

**GREENBERG TRAURIG, LLP**

*/s/ Lisa Zwally Brown*
Lisa Zwally Brown (#4328)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware  19801
(302) 661-7000
brownli@gtlaw.com

Dated:  March 23, 2020                   *Attorneys for Defendants*